**FILED**
FEB 10 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. **10CR3902GT** |
|                                  )  | **PROOF OF SERVICE** |
|                Plaintiff,        )  | |
|                                  )  | |
| v.                               )  | |
|                                  )  | |
| ILLASAMI HERNANDEZ,              )  | |
|                Defendant.        )  | |
|                                  )  | |
| _____) | |

Upon motion of Defendant and good cause appearing, it is hereby ordered that the sentencing hearing in this matter be continued to March 7, 2011 at 9:00 a.m.

Dated: February 10, 2011     _____
                              The Hon. Gordon Thompson